UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARK MARVIN,

               Petitioner,

-against-

THE STATE OF NEW YORK,

               Respondent.

24-CV-1656 (LTS)

ORDER DENYING IFP APPLICATION

LAURA TAYLOR SWAIN, Chief United States District Judge:

     Leave to proceed in this Court without prepayment of fees is denied because Petitioner has sufficient assets to pay the fees. *See* 28 U.S.C. § 1915(a)(1). Petitioner is directed to pay $5.00 in fees within 30 days of the date of this order. If Petitioner fails to comply with this order within the time allowed, the action will be dismissed.

SO ORDERED.

Dated:   April 2, 2024
          New York, New York

                                                 /s/ Laura Taylor Swain
                                                LAURA TAYLOR SWAIN
                                           Chief United States District Judge